IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN DENISE CLARK,** | ) | **CASE NO. 4:08CV3248** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **UNION PACIFIC RAILROAD,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) However, the court's records show that Petitioner paid the filing fee. (Filing No. 1.)

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is denied as moot.

DATED this 7th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge